# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Patricia I. Romero, Inc. dba Pacific ) | ASBCA No. 60825 |
| West Builders ) | |
| ) | |
| Under Contract No. N40192-10-D-2810 ) | |

APPEARANCE FOR THE APPELLANT:   James R. Lance, Esq.
    Noonan Lance Boyer & Banach, LLP
    San Diego, CA

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Brian S. Smith, Esq.
    Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE O'SULLIVAN

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,047,753.00. Interest shall be paid on this amount pursuant to 41 U.S.C § 7109 from the date of this decision until date of payment.

Dated: April 8, 2019

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60825, Appeal of Patricia I. Romero, Inc. dba Pacific West Builders, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2